**Christopher LASTER, Petitioner—Appellant,**

v.

**B.G. COMPTON, Respondent—Appellee.**

**No. 04–6100.**

United States Court of Appeals, Fourth Circuit.

Submitted April 15, 2004.

Decided April 22, 2004.

Christopher Laster, Appellant pro se.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Christopher Laster, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000) and his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Laster v. Compton,* No. CA–03–763–7 (W.D.Va. Nov. 18, 2003; Dec. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*